In the Matter of the Application of MARY GULDE, Relator, for a Writ of Certiorari, to Review the Proceedings in the Death of JACOB GULDE, Deceased. E. S. MOORE, Coroner, County of Suffolk, Respondent.— Determination confirmed and writ dismissed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

In the Matter of Proving the Last Will •and Testament of JULIA K. WILKINS, Formerly JULIA KRAUSS, Deceased. EVELYN A. PITSHKE and Another, Appellants; LOUIS G. FRIESS and Another, as Executors, etc., and Others, Respondents.— Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Blackmar, P. J., Putnam and Jaycox, JJ., concur; Mills, J., votes to reverse, and order a new trial, in said court, upon the ground that there was not an adequate examination as to the facts connected with the factum of the paper of 1915; Kelly, J., votes to reverse, and to deny probate of the will of 1903, upon the ground that the remarriage of Mrs. Wilkins in 1906 revoked the will of 1903. Her status was such as to induce the presumption of new testamentary intention and demand a new testamentary act. (*Matter of Kaufman*, 131 N. Y. 620.)

LEON KELHETTER, Appellant, v. REBECCA LIPSCHITZ and Others, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. Upon this complaint the plaintiff has not to show the financial responsibility of the French customers. No partial compliance is averred, nor that defendants ever filled any orders for such customers. Hence it was rightly held that these matters are not subjects for examination of defendants before trial. (*Oshinsky* v. *Gumberg*, 188 App. Div. 23.) Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

MARIETTA A. KOHLENBECKER, as Administratrix, etc., of GEORGE C. KOHLENBECKER, Deceased, Respondent, v. EDWARD VON NESSEN, Appellant.— Order modified so as to require the appellant to serve upon the plaintiff a verified bill of particulars of the acts or omissions of plaintiff's intestate constituting contributory negligence, and by striking out all other requirements; and as so modified order affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

MARY ADAMS MAURICE, Appellant, v. SEYMOUR W. BONSALL, Respondent, and Others, Defendants.— Order modified so as to provide that the motion to confirm the referee's report is denied, and the resale directed, upon condition that respondent pay the expenses of the sale amounting to $253, and execute and file an undertaking, approved by a justice of the Supreme Court, conditioned that upon the resale the premises shall bring a sum exceeding $10,000, and that he pay to appellant $10 costs and disbursements of this appeal within thirty days. In the event of his failure to comply with the terms of the order as modified, the order is reversed and the motion to confirm the sale granted. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur. Settle order on notice.